UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| MERRITT A. SALYER, | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 16-60-ART |
| v. | ) | |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security*, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the order entered today and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** as follows:

(1) The Social Security Administration's motion to dismiss, R. 13, is **GRANTED** and **JUDGMENT IS ENTERED** in favor of the SSA.

(2) This matter is **STRICKEN** from the Court's active docket.

(3) This is a **FINAL AND APPEALABLE JUDGMENT** and there is no just cause for delay.

This the 28th day of November, 2016.



Signed By:
*Amul R. Thapar* AT
United States District Judge